UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States of America §
§
*versus* §    Criminal No. G-14-12 (3)
§
DANIEL REYNA §

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The Defendant has pleaded guilty to Count(s) __1__ . A Presentence Report is ORDERED.

1. By **April 3, 2015** the initial Presentence Report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By **April 17, 2015** counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By **May 1, 2015** the Probation Officer must submit to the Judge the final Presentence Report with an Addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for **June 9, 2015** at __2:00__ p.m., before the Honorable **Gregg Costa** (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the Defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. The Defendant, if currently on Bond, must go immediately—with a copy of this order—to:

United States Probation Department
Room 401, 601 Rosenberg, Galveston
Telephone: (409) 766-3733

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed __February 3, 2015__ .

_____
UNITED STATES MAGISTRATE JUDGE

Copies: United States Probation
AUSA __Sharad Khandelwal__
Defense Counsel __Ali Fazel__
Defendant is ☐ on bond ☒ in custody.